# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GAIA ETHNOBOTANICAL, LLC,<br>　　　Plaintiff(s),<br>v.<br>T1 PAYMENTS LLC, et al.,<br>　　　Defendant(s). | Case No. 2:22-cv-01046-CDS-NJK<br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than September 6, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: August 30, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1