UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GAIA ETHNOBOTANICAL, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>T1 PAYMENTS LLC, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-01046-CDS-NJK<br><br>**Order**<br><br>[Docket No. 23] |

    The Court ordered the parties to file a joint proposed discovery plan by September 6, 2022. Docket No. 18. The parties did not do so. Instead, they filed a notice that counsel believe a new deadline has been set for October 21, 2022, based on an automatically-generated CMECF notice accompanying Defendant Payvision's motion to dismiss. Docket No. 23.[1] Such belief is misplaced. Local Rule IC 3-1(d).[2] The parties are **ORDERED** to file a joint proposed discovery plan by September 12, 2022.

    IT IS SO ORDERED.

    Dated: September 7, 2022

                                                                           Nancy J. Koppe
                                                                          United States Magistrate Judge

---

[1] This notice was wrongly docketed as a discovery plan and proposed scheduling order, Docket No. 23, even though it provides none of the information required for a discovery plan, *see* Local Rule 26-1.

[2] It appears from the short life of this case that counsel may not be familiar with the workings of this Court. Counsel must immediately familiarize themselves with the local rules.

1