UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GAIA ETHNOBOTANICAL, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>T1 PAYMENTS LLC, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-01046-CDS-NJK<br><br>**Order**<br><br>[Docket No. 45] |

In the quest to appropriately seek a stay of discovery in this case, the Sisyphean boulder rolls down the hill once again.

The Court has already identified in this case the means and standards for seeking a stay of discovery. Docket No. 43 at 1 (citing *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013) as providing the standards for seeking a stay of discovery pending resolution of Rule 12(b)(6) motion to dismiss and citing *Hologram USA, Inc. v. Pulse Evolution Corp.*, 2015 WL 1600768, at *1 (D. Nev. Apr. 8, 2015) as providing the standards for seeking a stay of discovery pending resolution of Rule 12(b)(2) motion to dismiss). And, yet, the parties filed a joint motion to stay discovery addressing a different analysis. *See* Docket No. 45.[1]

Because that joint motion does not address the governing standards established in this District, it is **DENIED** without prejudice. Any renewed request must be filed by October 14, 2022,

---

[1] The joint motion purports to address the "U.S. District Court of Nevada's seven-prong test." Docket No. 45 at 6. Nowhere in the joint motion do the parties cite cases from this District applying this "seven-prong test." Indeed, this "seven-prong test" has been identified and rejected by judges in this District. *See, e.g.*, *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 602-03 (D. Nev. 2011) (Leen, J.) (identifying the seven-prong test, but then proceeding to reject it because "[t]his court is persuaded that the standard enunciated by Judges Reed and Hunt in *Twin City* and *Turner* should apply in evaluating whether a stay of discovery is appropriate while a dispositive motion is pending"); *Ministerio Roca Solida v. U.S. Dept. of Fish & Wildlife*, 288 F.R.D. 500, 504 (D. Nev. 2013) (Ferenbach, J.) (same).

1

and must address the governing standards.  Particularly given the guidance provided, the Court will not consider these requests *ad infinitum*.  <u>This will be the final opportunity to seek a stay of discovery pending the dispositive motions.</u>

The Court again cautions counsel that they must promptly familiarize themselves with the practices of this District.  *See also* Docket No. 43 at 2 n.3.

IT IS SO ORDERED.

Dated: October 11, 2022

                                                                                                     _____
                                                  Nancy J. Koppe
                                                United States Magistrate Judge