# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GAIA ETHNOBOTANICAL, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>T1 PAYMENTS LLC, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-01046-CDS-NJK<br><br>**Order**<br><br>[Docket Nos. 47, 48] |

Pending before the Court are Defendants' motions to stay discovery pending resolution of their motions to dismiss. Docket Nos. 47, 48. Defendants represent that Plaintiff does not oppose the requests to stay discovery. *See, e.g.*, Docket No. 47 at 2; Docket No. 48 at 5. Having considered the governing standards, *see, e.g.*, *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013) (addressing a stay of discovery pending resolution of Rule 12(b)(6) motion to dismiss); *Hologram USA, Inc. v. Pulse Evolution Corp.*, 2015 WL 1600768, at *1 (D. Nev. Apr. 8, 2015) (addressing a stay of discovery pending resolution of Rule 12(b)(2) motion to dismiss), the Court finds that the circumstances justify a stay of discovery. Accordingly, the motions to stay discovery are **GRANTED**. In the event resolution of the motions to dismiss does not result in the termination of this action, a proposed discovery plan or joint status report must be filed within 14 days of the issuance of such order.

IT IS SO ORDERED.

Dated: October 26, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1