Ari N. Rothman (NSBN 15806)
VENABLE LLP
600 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
Email: anrothman@venable.com

*Attorneys for T1 Payments LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GAIA ETHNOBOTANICAL, LLC dba MITRAGAIA,<br><br>  Plaintiff,<br><br>vs.<br><br>T1 PAYMENTS LLC, PAYVISION, B.V., AND DOES 1-10 AND ROE CORPORATIONS 1-10,<br><br>  Defendants. | Case No.: 2:22-cv-01046-CDS-NJK<br><br>**MOTION FOR VENABLE LLP TO WITHDRAW AS COUNSEL WITH CLIENT CONSENT** |

Pursuant to LR IA 11-6(b) and Nevada Rule of Professional Conduct 1.16(a)(3), Ari N. Rothman of the law firm Venable LLP hereby requests leave from the Court to withdraw as counsel for defendant T1 Payments LLC in this matter because T1 Payments LLC discharged undersigned counsel on November 11, 2022. Aaron Shipley of McDonald Carano LLP will remain counsel of record for T1 Payments LLC.

Nevada Rule of Professional Conduct 1.16(a)(3) that "a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if… (3) The lawyer is discharged." T1 Payments LLC discharged undersigned counsel on November 11, 2022. Accordingly, unless otherwise ordered by the Court, undersigned counsel must withdraw from the representation of these parties.

T1 Payments LLC will not be prejudiced by Venable's withdrawal. Aaron Shipley of McDonald Carano will remain as counsel of record for T1 Payments LLC. Further, this case is

stayed per the Court's order at ECF No. 49, discovery has not begun, and no pretrial conference or trial dates have been set. No motions are pending to which T1 Payments LLC must respond. Accordingly, Venable's withdrawal will not result in delay of discovery, the trial, or any hearing in the case. LR IA 11-6(e).

   Venable LLP served a copy of this motion by email, mail, and Federal Express as set forth in the attached certificate of service. Venable LLP also emailed a draft of this motion before filing it.

   For these reasons, Venable requests that the Court will grant it leave to withdraw as counsel to T1 Payments LLC.

   Dated this 14th day of November, 2022.

              VENABLE LLP

              By: /s/ Ari N. Rothman
                Ari N. Rothman (NSBN 15806)
                600 Massachusetts Avenue, N.W.
                Washington, D.C. 20001

                *Attorneys for T1 Payments LLC*

IT IS SO ORDERED.
Dated:  November 14, 2022
.
.
_____
Nancy J. Koppe
United States Magistrate Judge