Richard Edward Haskin (Nevada Bar No. 11592)
Steven Mack (Nevada Bar No. 4000)
GIBBS GIDEN LOCHER TURNER & SENET
1140 N. Town Center Drive, Suite 300
Las Vegas, NV 89144
Telephone: (702) 836-9800

Nathan D. O'Malley (California Bar No. 212193 - *Pro Hac Vice*)
Daniel Taylor (California Bar No. 241404 - *Pro Hac Vice*)
Giorgio A. Sassine (California Bar No. 324639 - *Pro Hac Vice*)
MUSICK, PEELER & GARRETT LLP
624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone: (213) 629-7600
Facsimile: (213) 624-1376

Attorneys for PAYVISION B.V., a Netherlands limited liability company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| GAIA ETHNOBOTANICAL, LLC DBA MITRAGAIA,<br><br>Plaintiff,<br><br>vs.<br><br>T1 PAYMENTS, LLC; PAYVISION B.V.; and DOES 1-10 and ROE Corporations 1-10,<br><br>Defendants. | Case No. 2:22-CV-01046-CDS-NJK<br><br>**STIPULATION AND ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**<br><br>**[SPECIAL APPEARANCE ONLY]**<br><br>Judge:   Cristina D. Silva |

IT IS HEREBY STIPULATED AND AGREED, by and between all interested parties to this stipulation, Plaintiff GAIA ETHNOBOTANICAL, LLC DBA MITRAGAIA ("Gaia"), by and through its counsel, the law firms of Allen & Associates and The Law Offices of David Liebrader, and **BY SPECIAL APPEARANCE ONLY**, Defendant PAYVISION B.V. ("Payvision B.V."), by and through its counsel, the law firms of Gibbs Giden Locher Turner Senet & Wittbrodt and Musick, Peeler & Garrett LLP (collectively, the "Parties"), stipulate and agree as follows:

1. On May 18, 2022, Gaia filed a civil action in the Eighth Judicial District Court in Clark County, Nevada.

2. On July 1, 2022, T1 Payments LLC ("T1") filed a notice of removal to remove Gaia's civil action to this Court. T1 attached Gaia's First Amended Complaint ("FAC") as Exhibit 1 to its notice of removal.

3. On September 6, 2022, Payvision B.V. filed a Motion to Dismiss the FAC ("Payvision B.V.'s Motion to Dismiss").

4. On September 21, 2022, Gaia filed an Opposition to Payvision B.V.'s Motion to Dismiss.

5. On October 5, 2022, Payvision B.V. filed a Reply to Gaia's Opposition to Payvision B.V.'s Motion to Dismiss.

6. The Court has not yet ruled on Payvision B.V.'s Motion to Dismiss.

7. On December 22, 2022, Gaia and Payvision B.V. reached a tentative settlement.

8. To allow Gaia and Payvision B.V. time to negotiate the terms of the settlement agreement and to not jeopardize the settlement, the Parties agree that the Court should stay the proceedings as it relates to Payvision B.V.'s Motion to Dismiss for twenty-one days, *i.e.*, to January 16, 2023.

/ / /

/ / /

/ / /

9. The Parties submit that good cause exists to warrant the agreed to stipulation.

Respectfully submitted,

December 27, 2022         THE LAW OFFICES OF DAVID LIEBRADER

By  */s/ Adam Allen*
David Liebrader, Esq. (State Bar No. 5048)
3960 Howard Hughes Parkway Ste 500
Las Vegas, Nv 89169

ALLEN & ASSOCIATES
Adam Allen, Esq. (Pro Hac Vice)
2929 Allen Parkway, #200
Houston, Texas 77019

*Attorneys for Plaintiff Gaia Ethnobotanical, LLC*

December 27, 2022         MUSICK, PEELER & GARRETT LLP

By  */s/ Giorgio Sassine*
Nathan D. O'Malley (Pro Hac Vice)
Daniel Taylor (Pro Hac Vice)
Giorgio A. Sassine (Pro Hac Vice)
624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383

GIBBS GIDEN LOCHER TURNER & SENET
Richard Edward Haskin (Nevada Bar No. 11592)
Steven Mack (Nevada Bar No. 4000)
1140 N. Town Center Drive, Suite 300
Las Vegas, NV 89144

*Attorneys for PAYVISION B.V., a Netherlands limited liability company*

## ORDER

Based on the foregoing, **IT IS SO ORDERED.**

IT IS FURTHER ORDERED that the parties must file a joint status report on or before February 1, 2023, to keep the court apprised of any updates.

_____
THE HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

DATED: January 3, 2023