David Liebrader, Esq.
State Bar No. 5048
The Law Offices Of David Liebrader
3960 Howard Hughes Parkway Ste 500
Las Vegas, Nv 89169
PH: (702) 380-3131
DaveL@investmentloss.com

Adam Allen, Esq.
ALLEN & ASSOCIATES
2929 Allen Parkway, #200
Houston, Texas 77019
Phone: 832-871-5920
Fax: 281-503-7671
adam@aallenlaw.com
Pro Hac Vice

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |
|---|---|
| Gaia Ethnobotanical, LLC d/b/a Mitragaia<br><br>PLAINTIFF<br><br>  v.<br><br>T1 Payments, LLC, Payvision, B.V., and DOES 1-10 and ROES 1-10, inclusively<br><br>DEFENDANTS<br>_____ | ) Case No. 2:22-cv-01046-CDS-NJK<br>)<br>)<br>)<br>) **STIPULATION AND ORDER**<br>) **TO DISMISS CLAIMS**<br>) **AGAINST DEFENDANT**<br>) **PAYVISION, B.V. WITH**<br>) **PREJUDICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER TO DISMISS CLAIMS AGAINST
DEFENDANT PAYVISION, B.V. WITH PREJUDICE**

Plaintiff Gaia Ethnobotanical, LLC d/b/a Mitragaia, through its counsel of record, David

Liebrader, Esq. of The Law Office of David Liebrader, and Adam Allen, Esq. of Allen &

Associates, and Defendants Payvision, B.V., as well as Payvision US Inc., Joe Emig and Scott

Revised Stipulation of Dismissal of Payvision BV.docx

1  Bodily, by and through their counsel of record, the law firms of Gibbs Giden Locher Turner

2  Senet & Wittbrodt and Musick, Peeler & Garrett LLP, and stipulate and agree as follows.

3  **It Is Hereby Stipulated** that all claims stated in the pending action against Defendant

4  Payvision, B.V., be dismissed with prejudice, in their entirety, these settling parties to bear their

5  own fees and costs. This dismissal shall not apply to the other named defendants in this action.

6  Plaintiff's motion to add Payvision US, Inc., Scott Bodily and Joe Emig to this action is

7  withdrawn with prejudice.

8  **It Is Further Stipulated** this stipulation does not affect remaining claims against any

9  other named Defendants and all other pending hearings shall remain unaffected by this

10  Stipulation.

11  **IT IS SO STIPULATED.**

12  DATED this 14th  day of February, 2023.

13  By: /s/ Adam Allen_____
    David Liebrader, Esq.
    State Bar No. 5048
14  3960 Howard Hughes Parkway Ste 500
    Las Vegas, Nv 89169
15

16  Adam Allen, Esq.
    (Admitted Pro Hac Vice)
17  2929 Allen Parkway, Suite 200
    Houston, Texas 77019
18  *Attorneys for Plaintiff*

19  **IT IS SO STIPULATED.**

20  DATED this 14th day of February, 2023.

21  GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT

22  By:  /s/ Giorgio Sassine_____
    Richard E. Haskin, Esq.
23  Nevada State Bar No. 11592
    Steven Mack, Esq.

24  Revised Stipulation of Dismissal of Payvision BV.docx

25

26                                             2

27

1   Nevada State Bar No. 4000
    7251 W. Lake Mead Boulevard., #450
2   Las Vegas, Nevada 89128

3   Nathan D. O'Malley, Esq.
    CA Bar No. 212193 (Pro Hac Vice)
4   Peter J. Diedrich, Esq.
    CA Bar No. 101649 (Pro Hac Vice)
5   Giorgio A. Sassine, Esq.
    CA Bar No. 324639 (Pro Hac Vice)
6   MUSICK, PEELER & GARRETT LLP
    624 S. Grand Avenue, #2000
7   Los Angeles, CA 90017-3383
    *Attorney for Specially Appearing Payvision,*
8   *B.V.*

9

10                          **ORDER**

11       Based on the foregoing,

12       **IT IS SO ORDERED** that all claims stated in the pending action against defendant

13   Payvision, B.V. are dismissed, with prejudice, in their entirety, these settling parties to bear their

14   own fees and costs.

15       Because the joint stipulation to dismiss claims against Payvision, B.V. was refiled rather

16   than filed as a corrected image, **ECF No. 55 is DENIED as moot**.

17       **IT IS FURTHER ORDERED** that defendant Payvision, B.V.'s motion to dismiss **[ECF**

18   **No. 19] is DENIED as moot**.

19

20   _____
     THE HONORABLE CRISTINA D. SILVA
21   UNITED STATES DISTRICT JUDGE

22   DATED:  February 15, 2023

23

24   Revised Stipulation of Dismissal of Payvision BV.docx

25

                               3
26

27