UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GAIA ETHNOBOTANICAL, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>T1 PAYMENTS LLC, et al.,<br><br>  Defendants. | Case No. 2:22-cv-01046-CDS-NJK<br><br>**Order**<br><br>[Docket No. 59] |

Pending before the Court is The Law Offices of David Liebrader's motion to withdraw as counsel for Plaintiff Gaia Ethnobotanical, LLC. Docket No. 27. Gaia Ethnobotanical, LLC may file a response to the motion no later than September 5, 2023. The Clerk's Office is **INSTRUCTED** to mail and email a copy of this order to Gaia Ethnobotanical, LLC at the addresses provided in Docket No. 59 at 4-5 ¶7.

IT IS SO ORDERED.

Dated: August 14, 2023

                                                                                          _____
                                                                                          Nancy J. Koppe
                                                                                          United States Magistrate Judge

1