# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GAIA ETHNOBOTANICAL, LLC,<br>　　Plaintiff(s),<br>v.<br>T1 PAYMENTS LLC, et al.,<br>　　Defendant(s). | Case No. 2:22-cv-01046-CDS-NJK<br>**Order**<br>[Docket No. 59] |

Pending before the Court is the motion of The Law Offices of David Liebrader to withdraw as local counsel for Plaintiff. Docket No. 59. No response has been filed. For good cause shown, the motion to withdraw is **GRANTED**. Plaintiff must retain new local counsel, who must file a notice of appearance by October 16, 2023. *See* Local Rule IA 11-2(d).

IT IS SO ORDERED.

Dated: October 2, 2023

_____
Nancy J. Koppe
United States Magistrate Judge