1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| GAIA ETHNOBOTANICAL, LLC DBA MITRAGAIA, | Case No. 2:22-CV-01046-CDS-NJK |
|---|---|
| Plaintiff, | ORDER GRANTING **REQUEST BY MUSICK PEELER & GARRETT LLP TO BE REMOVED FROM ELECTRONIC FILING NOTICES** |
| vs. | |
| T1 PAYMENTS, LLC; PAYVISION B.V.; and DOES 1-10 and ROE Corporations 1-10, | |
| Defendants. | |

1    **BY SPECIAL APPEARANCE ONLY**, Nathan D. O'Malley, Daniel Taylor, and Giorgio A. Sassine of the law firm Musick, Peeler & Garrett LLP (collectively, "MPG") hereby respectfully request that they be removed from the Notice of Electronic Filing ("NCF") for the above-captioned matter, for the reasons stated herein.

On February 14, 2023, plaintiff GAIA ETHNOBOTANICAL, LLC dba MITRAGAIA ("Gaia") filed a Stipulation and Proposed Order to Dismiss Claims Against PAYVISION B.V. ("Payvision") with Prejudice.  ECF No. 57.  The Court entered Payvision's dismissal with prejudice on February 15, 2023.  ECF No. 58.  Accordingly, MPG prefers to no longer receive courtesy notifications of court orders and all other pleadings entered on the docket in the above-captioned matter via the NCF.

October 9, 2023

MUSICK, PEELER & GARRETT LLP

By  /s/ Giorgio Sassine
_____
Nathan D. O'Malley
Daniel Taylor
Giorgio A. Sassine
Attorneys for PAYVISION B.V., a Netherlands limited liability company

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED:  October 11, 2023