UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Gaia Ethnobotanical, LLC, <br><br> Plaintiff <br><br> v. <br><br> T1 Payments LLC, <br><br> Defendant | Case No.: 2:22-cv-01046-CDS-NJK <br><br> **Order Directing Defendant to File a Status Report Addressing Bankruptcy** |

This breach of contract and related claims action was automatically stayed on August 12, 2024, in my order addressing plaintiff Gaia Ethnobotanical, LLC's motion for leave to add new parties, in view of defendant T1 Payments LLC's notice of bankruptcy.[1] Order, ECF No. 72. Because it has been well over two years since T1 filed for protection under Chapter 7, it must file a status report addressing the status of the bankruptcy proceedings by June 30, 2025.

Dated: May 29, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] T1 filed for protection under Chapter 7 on January 30, 2023. Notice, ECF No. 69.