UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Gaia Ethnobotanical, LLC,

        Plaintiff

v.

T1 Payments LLC,

        Defendant

Case No.: 2:22-cv-01046-CDS-NJK

**Order Lifting Automatic Stay**

In May, I ordered defendant T1 Payments LLC to file a status report addressing the status of its bankruptcy proceeding. Order, ECF No. 73. It did not. Instead, plaintiff Gaia Ethnobotanical LLC filed a status report indicating that T1 Payment's chapter 7 bankruptcy closed on June 10, 2025, and therefore the claims against it may be reinstated. ECF No. 74. Gaia represents that it will "seek to file a motion to reopen this case on or before July 18, 2025." *Id.* at 2. To date, it has not done so.[1]

Under 11 U.S.C. § 362, the automatic stay continues until the earliest of—

 (A) the time the case is closed;

(B) the time the case is dismissed; or

(C) if the case is a case under chapter 7 of this title concerning an individual or a case under chapter 9, 11, 12, or 13 of this title, the time a discharge is granted or denied;

11 U.S.C. § 362(c). Accordingly, because the bankruptcy code's automatic stay no longer applies here, *see* 11 U.S.C. § 362(c)(2)(A), the stay of proceedings is LIFTED.

---

[1] The court notes that this case is not closed, it is merely stayed pending the resolution of T1 Payment's bankruptcy. ECF No. 72 at 8.

As noted in my order striking Gaia's second amended complaint, to the extent that Gaia wishes to amend the complaint to respond to the court's March 6, 2024 dismissal order with respect only to TI (and no additional defendants), it may do so by August 6, 2025.

Dated: July 23, 2025

_____
Cristina D. Silva
United States District Judge