UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Gaia Ethnobotanical, LLC, | Case No.: 2:22-cv-01046-CDS-NJK |
| Plaintiff | **Order Directing Plaintiff to Move for Default Judgment** |
| v. | |
| T1 Payments LLC, | |
| Defendant | |

Plaintiff Gaia Ethnobotanical LLC filed its third amended complaint on August 6, 2025. ECF No. 78. Defendant T1 Payment LLC had twenty-one days—until August 27, 2025—to file a responsive pleading but failed to do so. The clerk entered default against T1 on September 18, 2025. ECF No. 82. Now, despite the entry of default, Gaia has not advanced the case by seeking default judgment.

Federal Rule of Civil Procedure 41(b) grants the court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders. *See* Fed. R. Civ. P. 41(b). A plaintiff must prosecute its case with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). *Anderson v. Air W., Inc.*, 542 F.2d 522, 524 (9th Cir. 1976). Here, Gaia has failed to prosecute the case with reasonable diligence because it has failed to request an entry of default judgment for over five months.

Accordingly, I order Gaia either file a motion for default judgment or file a notice explaining why default judgment is not being sought, by March 11, 2026. Failure to comply with this order will result in sanctions, including dismissal for failure to prosecute under Rule 41(b).

Dated: February 25, 2026

‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗
Cristina D. Silva
United States District Judge