UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Gaia Ethnobotanical, LLC,<br>Plaintiff<br>v.<br>T1 Payments, LLC,<br>Defendant | Case No. 2:22-cv-01046-CDS-NJK<br>**Order Denying without Prejudice the Plaintiff's Motion for Default Judgment**<br>[ECF No. 85] |

Plaintiff Gaia Ethnobotanical, LLC moves for default judgment against defendant T1 Payments, LLC. *See* Mot., ECF No. 85. The court denies this motion for three reasons.

First, the motion violates Local Rule IC 2-2(a), which states that "[e]xhibits and attachments must not be filed as part of the based document in the electronic filing system. They must be attached as separate files." LR IC 2-2(a)(3)(A). Here, Gaia filed over 106 pages of exhibits embedded into the motion instead of filing them as separate files. Second, the motion also violates Local Rule IC 2-2(a)(1), which requires electronically filed documents to be searchable PDF format. The motion is not in a searchable format. Finally, the motion fails to address the factors set forth in *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986). Those factors include: (1) the possibility of prejudice to the plaintiff; (2) the merits of the plaintiff's substantive claims; (3) the sufficiency of the complaint; (4) the sum of money at stake in the action; (5) the possibility of a dispute concerning material facts; (6) whether the default was due to excusable neglect; and (7) the strong policy underlying the Federal Rules of Civil Procedure favoring decisions on the merits. *Id.* at 1471–72. Without addressing these factors, the court cannot determine if default judgment is proper. Accordingly, it is hereby ordered that Gaia Ethnobotanical's motion for default judgment **[ECF No. 85] is DENIED without prejudice**.

Dated: August 4, 2026

Cristina D. Silva
United States District Judge